■ PAULINE P. TAO, Respondent, v ST. LUKE'S ROOSEVELT HOSPITAL CENTER et al., Defendants, and GEORGE COPPA, Appellant.—Order, Supreme Court, New York County (Michael Dontzin, J.), entered on September 15, 1987, unanimously affirmed for the reasons stated by Michael Dontzin, J., without costs and without disbursements. Concur—Sandler, J. P., Milonas, Kassal, Ellerin and Wallach, JJ.

■ MELVIN L. KAMINSKY Appellant, v SWISS BANK CORPORATION, Respondent.—Order and judgment, Supreme Court, New York County (Edward Lehner, J.), entered on or about November 6, 1987 and on or about November 24, 1987, respectively, unanimously affirmed for the reasons stated by Edward Lehner, J. Respondent shall recover of appellant one bill of $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Milonas, Kassal, Ellerin and Wallach, JJ.